## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jaclyn Rose Kalieta  
               Debtor(s)

BK NO. 24-00895 MJC

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of ONSLOW BAY FINANCIAL LLC and index same on the master mailing list.

                                           Respectfully submitted,

/s/ Michael Farrington  
Michael Farrington  
25 Apr 2024, 13:59:11, EDT

                             KML Law Group, P.C.  
                             BNY Mellon Independence Center  
                             701 Market Street, Suite 5000  
                             Philadelphia, PA  19106  
                             215-627-1322