# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JACLYN ROSE KALIETA

            Debtor(s)                         CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                     CASE NO: 5-24-00895-MJC
            Movant

vs.

JACLYN ROSE KALIETA

            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE
## FOR FAILURE TO OBTAIN CREDIT COUNSELING

AND NOW, on April 29, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)     A Petition under Chapter 13 was filed on April 11, 2024.

2)     The Debtor(s) did not comply with the credit counseling requirements of 11 U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

Dated:    April 29, 2024               Respectfully submitted,

                                       /s/ Agatha R. McHale, Esquire
                                       Id: 47613
                                       Attorney for Trustee
                                       Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Drive
                                       Hummelstown, PA 17036
                                       Phone: (717) 566-6097
                                       email: amchale@pamd13trustee.com

IN RE:    JACLYN ROSE KALIETA                CHAPTER 13

                                              CASE NO: 5-24-00895-MJC

                Debtor(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middl District of Pennsylvania has filed a Motion to Dismiss.   The Debtor(s) did not comply with the credit counseling requirements of 11U.S.C.  Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

If you wish to contest this matter, you must file an objection with the Bankruptcy Clerk on or before May 20, 2024 and serve a copy on the movant and counsel.  Any filing must conform to the Rules of Bankruptcy Procedure.

If no objections are filed, an order may be entered dismissing the case.

Dated:  April 29, 2024                        Respectfully submitted,

                                              /s/ Agatha R. McHale, Esquire
                                              Id:  47613
                                              Attorney for Trustee
                                              Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097
                                              email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    JACLYN ROSE KALIETA

                                                      CHAPTER 13
                        Debtor(s)
                                                      CASE NO: 5-24-00895-MJC


**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on April 29, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically
DAVID W TIDD,  ESQUIRE
656 EBERSOLE ROAD
READING, PA 19605

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
JACLYN ROSE KALIETA
207 HATCHET COVE
AUBURN, PA 17922

I certify under penalty of perjury that the foregoing is true and correct.

Date:  April 29, 2024                    /s/  Vickie Williams
                                         Office of the Standing Chapter 13 Trustee
                                         Jack N. Zaharopoulos
                                         Suite A, 8125 Adams Dr.
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JACLYN ROSE KALIETA                     CHAPTER 13

                      Debtor(s)


JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                      Movant                      CASE NO: 5-24-00895-MJC
vs.
JACLYN ROSE KALIETA

                      Respondent(s)


## ORDER DISMISSING CASE


     Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.  The Court retains jurisdiction to rule on any timely filed fee application.