UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re. JACLYN ROSE KALIETA, | : | No. 5:24-bk-00895-MJC |
| | : | |
| | : | |
| Debtor. | : | Chapter 13 |

PRAECIPE TO WITHDRAW DOCUMENT

Please withdraw Debtor's Motion to Extend the Automatic Stay at docket entry number 9.

May 20, 2024

/s/ David W. Tidd
David W. Tidd, Esquire
656 Ebersole Road
Reading, PA 19605
Phone: 610-838-8700
Fax:    610-743-8676
Email: bankruptcy@davidtiddlaw.com