United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-00895-MJC |
| Jaclyn Rose Kalieta | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 22, 2024 | Form ID: pdf010 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaclyn Rose Kalieta, 207 Hatchet Cove, Auburn, PA 17922-9528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5609636 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 22 2024 18:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 5609637 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2024 18:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5609638 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2024 18:42:55 | Cbusasears, Attn: Bnakruptcy, Po Box790040, St Louis, MO 63179-0040 |
| 5609639 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2024 18:39:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5609640 | + | Email/PDF: creditonebknotifications@resurgent.com | May 22 2024 18:43:00 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5609641 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 22 2024 18:40:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5610489 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2024 18:42:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5609642 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2024 18:42:59 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5609643 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 22 2024 18:43:04 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 5618075 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 22 2024 18:42:55 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W Tidd | on behalf of Debtor 1 Jaclyn Rose Kalieta bankruptcy@davidtiddlaw.com  lesliebrown.paralegal@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor ONSLOW BAY FINANCIAL LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Case No. 5:24-bk-00895-MJC |
| JACLYN ROSE KALIETA, | : | |
| Debtor. | : | Chapter 13 |

### ORDER ON APPLICATION TO VOLUNTARILY DISMISS CHAPTER 13 PROCEEDING PURSUANT TO SECTION 1307(b) OF THE UNITED STATES BANKRUPTCY CODE

Upon consideration of Debtor's Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy Code, Dkt. # 25 ("Motion"), and it appearing that Section 1307(b) of the United States Bankruptcy Code permits the Debtor to request the voluntary dismissal of the Chapter 13 proceeding,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Chapter 13 bankruptcy proceeding filed by Debtor and docketed at No. 5:24-bk-00895-MJC in the United States Bankruptcy Court for the Middle District of Pennsylvania is hereby **DISMISSED** without prejudice.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 22, 2024